**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
(State)

Case number (*If known*): _____ Chapter __11__

2025 JUL -9 P 2:47 ☐ Check if this is an amended filing

RECEIVED

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  __768 DEAN INC.__

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  __2 0 - 5 1 4 1 0 2 5__

4. **Debtor's address**

   | Principal place of business | Mailing address, if different from principal place of business |
   |---|---|
   | __1168 Fulton Street,__ Number Street | Number Street |
   | __FL #2__ | P.O. Box |
   | __Brooklyn__   __NY__   __11216__  City State ZIP Code | City State ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | __Kings__ County | Number Street |
   | | City State ZIP Code |

5. **Debtor's website** (URL)  _____

Debtor __768 DEAN INC._____          Case number (if known)_____
     Name

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

7. **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__ __ __ __

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

   ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes. District _____ When _____ Case number _____
                                                    MM / DD / YYYY
      District _____ When _____ Case number _____
                                                    MM / DD / YYYY

Debtor  **768 DEAN INC.**  Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes. Debtor _____ Relationship _____
District _____ When __/__/____  MM / DD / YYYY
Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other  The property is scheduled to be sold in the foreclosure Auction. An immediate is Required.

Where is the property?  757 Schenck Avenue
Number  Street

Brooklyn  NY  11207
City  State ZIP Code

Is the property insured?
☐ No
☒ Yes. Insurance agency _____
Contact name _____
Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:
☐ Funds will be available for distribution to unsecured creditors.
☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Official Form 201  Voluntary Petition for Non-Individuals Filing for Bankruptcy  page 3

Debtor: **768 DEAN INC.**

Case number (if known): _____

### 15. Estimated assets
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### 16. Estimated liabilities
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### 17. Declaration and signature of authorized representative of debtor

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **07/09/2025**

X _[signature]_    Printed name: **TAFHEEM CHOWDHURY**

Title: **President**

### 18. Signature of attorney

X _[signature]_    Date: **07/09/2025**

Printed name: **William John (Cold) King, Esq.**

Firm name: _____

Number Street: **99 Wall Street, Suite 2930**

City: **New York**    State: **NY**    ZIP Code: **10005**

Contact phone: **412-580-9547**    Email address: **william.jt.king@gmail.com**

Bar number: **5103908**    State: **NY**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# CORPORATE RESOLUTION
PURSUANT TO LOCAL BANKRUPTCY RULE 1074-1(a)

768 Dean Inc.
1168 Fulton Street, FL #2
Brooklyn, NY, 11216

At a meeting of the Board of Directors of 768 Dean Inc, a corporation organized under the laws of the State of New York, held on the July 9, 2025, the following resolution was duly adopted and is now in full force and effect:

**RESOLVED:**
That the Corporation hereby authorizes the commencement of a bankruptcy case under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York, and that:

Tafheem Chowdhury, who holds the position of President, is hereby authorized and directed to execute and file on behalf of the Corporation the Chapter 11 Voluntary Petition, including all accompanying schedules, statements, declarations, and any other documents necessary or appropriate to initiate and prosecute the case;

The authorized representative is further empowered to appear before the bankruptcy court, to hire legal counsel and other professionals as necessary, to take any and all actions, and to execute all documents deemed appropriate to carry out the filing and prosecution of the Chapter 11 case;

All actions heretofore taken by such person(s) in connection with the Chapter 11 case are hereby ratified and approved.

**IN WITNESS WHEREOF**, the undersigned has executed this Resolution on behalf of the Corporation as of the date set forth below.

Dated: July 9, 2025

_/s/ Tafheem Chowdhury_
Tafheem Chowdhury
President
768 Dean Inc.

# CORPORATE OWNERSHIP STATEMENT

(Rule 1007(a)(1) and Official Form 202)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                          Case No.
                                                                Chapter: 11
  768 Dean Inc.
Debtor(s)
------------------------------------------------------------x


      Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(1), the undersigned authorized representative of the debtor corporation makes the following disclosure concerning ownership of the debtor:

Debtor's Full Legal Name: 768 Dean Inc.

Debtor's Federal Tax ID (EIN): 20-5141025

Entities That Directly or Indirectly Own 10% or More of Any Class of Debtor's Equity Interests:
Name of Owner:  Tafheem Chowdhury
Address:  1168 Fulton Street, #2, Brooklyn NY 11216
Percentage of Ownership:  100%


I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2025
      Brooklyn, New York

_____
Tafheem Chowdhury
President
768 Dean Inc.

# CORPORATE DISCLOSURE STATEMENT
## PURSUANT TO LOCAL BANKRUPTCY RULE 1073-3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                            Case No.
                                                                  Chapter: 11
  768 Dean Inc.
Debtor(s)
-------------------------------------------------------------x

  Pursuant to Local Bankruptcy Rule 1073-3, the undersigned, on behalf of the debtor corporation, makes the following disclosure:

Debtor's Full Legal Name: 768 Dean Inc.

The debtor is a corporation that is subject to Federal Rule of Bankruptcy Procedure 7007.1 and states that:

The debtor has no parent corporation, and no publicly held corporation owns 10% or more of the debtor's stock.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 9, 2025
Brooklyn, New York

_/s/ Tafheem Chowdhury_____
Tafheem Chowdhury
President
768 Dean Inc.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): __766 DEAN Ⅲ INC._____ CASE NO.:_____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

☒ NO ORDER BARRING DEBTOR FROM FILING A PETITION UNDER ANY CHAPTER IS IN EFFECT.

☒ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____
   CASE PENDING: (YES/NO): _____ [If closed] Date of Closing: _____
   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)
   MANNER IN WHICH CASES ARE RELATED: (Refer to NOTE above): _____

- SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - **INDIVIDUAL**" PART 1 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - **NON-INDIVIDUAL**" PART 9 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____
   CASE PENDING: (YES/NO): _____ [If closed] Date of Closing: _____
   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)
   MANNER IN WHICH CASES ARE RELATED: (Refer to NOTE above): _____

- SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - **INDIVIDUAL**" PART 1 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - **NON-INDIVIDUAL**" PART 9 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

1

[OVER]

DISCLOSURE OF RELATED CASES (cont'd)

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __Y__

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that:
- The within bankruptcy case is not related to any case pending, or pending within the last eight years, except as indicated on this form.
- I, the above-named debtor, am currently not barred by any order of this court from filing for bankruptcy.

_____
Signature of Debtor's Attorney

[signature]
Signature of Pro-se Debtor/Petitioner

1168 Fulton Street, FL #2
Mailing Address of Debtor/Petitioner

Brooklyn New York 11216
City, State, Zip Code

tafheem25@yahoo.com
Email Address

646-755-5726
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

2

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In Re:                                                    Case No.

                                                          Chapter  11

768 DEAN INC.

**Debtor(s)**

---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 07/09/2025

768 DEAN INC.
**Debtor**

_____
**Joint Debtor**

s/
**Attorney for Debtor**

USBC-44                                                   Rev. 11/15

HSBC BANK USA, N.A.
452 Fifth Avenue,
New York City, New York, 10018

HSBC BANK USA, N.A.
452 Fifth Avenue,
New York City, New York, 10018

NYC HOUSING AUTHORITY
90 Church Street
New York, New York 10007

CITY OF NEW YORK ENVIRONMENTAL CONTROL BOARD
233 Schermerhorn Street, 11th Floor
Brooklyn, New York 11201

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE
BANKRUPTCY UNIT
P.O. Box 5300
Albany, NY 12205-0300